IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DARREN E. COX,<br><br>COX HONEY OF UTAH,<br><br>    Plaintiffs,<br><br>v.<br><br>CACHE COUNTY, *a Utah municipal corporation*, et al.,<br><br>    Defendants. | MEMORANDUM DECISION<br><br>Case No. 1:08-cv-00124-CW-DBP<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

    This matter was referred to the Court under 28 U.S.C. § 636(b)(1)(A).  (Docket No. 168.) Under the current scheduling order, the parties' dispositive motion deadline expired on June 7, 2013.  (Dkt. No. 124.)  Defendants now move to amend the scheduling order.  (Dkt. No. 168.) They want to extend the dispositive motion deadline so that they may file a summary judgment motion regarding Plaintiffs' third and fourth claims for relief.  (*Id.* at 2.)

    Plaintiffs have not responded to Defendants' motion, and the time to do so has expired.  *See* DUCivR 7-1(b)(3)(B).  Given Plaintiffs' failure to respond, the Court **GRANTS** Defendants' motion.  (Dkt. No. 168.)  *See* DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.").

Defendants must file their summary judgment motion regarding Plaintiffs' third and fourth claims for relief by **April 25, 2014.**

IT IS SO ORDERED.

Dated this 4th day of April, 2014.

By the Court:

_____
Dustin B. Pead
United States Magistrate Judge